# VERIFICATION

STATE OF NORTH CAROLINA §
§
COUNTY OF LENOIR §

BEFORE ME, the undersigned Notary Public, on this day personally appeared Norman Cannon, Vice President and Senior Portfolio Manager for First Bank of the Lake ("First Bank"), who is authorized to make this affidavit; and states that he has read the foregoing Plaintiff's Complaint and Application for Temporary Restraining Order and Temporary Injunction, and Ex Parte Application for Writ of Sequestration and that the factual allegations contained therein are true and correct and within his personal knowledge; and that the exhibits attached thereto are true and correct copies of the originals thereof, all of which are business records of and in the possession of First Bank.

_____
Norman Cannon

SUBSCRIBED AND SWORN TO BEFORE ME on the ___13___ day of March, 2023, to certify which witness my hand and official seal.

_____
Notary Public in and for the State of North Carolina

RONANA WILLIAMS
NOTARY PUBLIC
Lenoir County
North Carolina
My Commission Expires October

20230164.20230164/5071603.1