United States District Court
Southern District of Texas
**ENTERED**
June 16, 2023
Nathan Ochsner, Clerk

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | | |
|---|---|---|
| FIRST BANK OF THE LAKE, | § § | CIVIL ACTION NO 4:23-cv-00927 |
| Plaintiff, | § | |
| | § | |
| | § | |
| vs. | § | JUDGE CHARLES ESKRIDGE |
| | § | |
| | § | |
| AIR TRANSPORT NETWORK LLC, *et al*, | § § | |
| | § | |
| Defendants. | § | |

MINUTE ENTRY AND ORDER

Minute entry for INITIAL CONFERENCE before Judge Charles Eskridge by video conference on June 14, 2023. All parties represented by counsel.

The Court addressed the scheduling and docket control order and the joint discovery/case management plan. Dkts 23 & 31.

It was noted that an agreed preliminary injunction had entered in this case, which included a provision preventing Plaintiff First Bank of the Lake from selling the subject aircraft without permission from the Court. See Dkt 20.

First Bank expressed possible intention to seek an order allowing it to sell the aircraft.

First Bank was GRANTED LEAVE to file a motion seeking permission to sell the subject aircraft. Any such filing must be made by July 12, 2023, absent further order extending such deadline.

The parties also reported that settlement discussions had been fruitful to date.

It was ORDERED that the parties file a joint status report on settlement by July 12, 2023. First Bank may

there seek extension of the deadline to file any motion, if desired, and the parties may jointly request alteration of any other deadlines.

It is ORDERED that (i) no continuance will be granted absent a showing of actual diligence and extraordinary cause, and (ii) discovery failures may result in the striking of evidence, dismissal of claims, or the striking of defenses.

The parties should continue to confer in good faith regarding discovery and settlement.

SO ORDERED.

Signed on June 14, 2023, at Houston, Texas.

Hon. Charles Eskridge
United States District Judge